**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

_____

**JERRELL WRIGHT,**

                               **Petitioner,**

                 **v.**                                   **9:17-CV-737
1:14-CR-281**

**UNITED STATES OF AMERICA,**

                               **Respondent.**

_____

**APPEARANCES**                             **OF COUNSEL**

**JERRELL WRIGHT
19485-052**
Fort Dix Federal Correctional
Institution
P.O. Box 2000
Joint Base MDL, New Jersey 08640
Petitioner _pro se_

**OFFICE OF THE UNITED**            **DANIEL HANLON, AUSA**
**STATES ATTORNEY**
James T. Foley U.S. Courthouse
445 Broadway, Room 218
Albany, New York 12207-2924
Attorneys for Respondent

**SCULLIN, Senior Judge**

**ORDER**

     In a Memorandum-Decision and Order dated July 21, 2017, the Court, among other things, ordered Petitioner to "notify this Court in writing within **thirty (30) days** of the filing date of this Memorandum-Decision and Order whether he w[ould] voluntarily withdraw his § 2241 petition or whether he consent[ed] to the Court converting his § 2241 petition in its current form to a § 2255 motion." _See_ Dkt. No. 9 at 6. In compliance with the Court's Order, Petitioner filed a letter, in which

he notified the Court that he would voluntarily withdraw his § 2241 motion. *See* Dkt. No. 10 at 1. In light of Petitioner's letter, the Court hereby

**ORDERS** that Petitioner's request to withdraw his § 2241 motion voluntarily, *see* Dkt. No. 10, is **GRANTED**; and the Court further

**ORDERS** that Petitioner's § 2241 motion, which the Clerk of the Court filed as a conditional § 2255 motion in the underlying criminal action, *see United States v. Wright*, 1:14-CR-281 (FJS), Dkt. No. 16, is **DISMISSED** because, as the Court noted in its July 21, 2017 Memorandum-Decision and Order, the Court could "not permanently convert Petitioner's filing into a first § 2255 motion without notifying him of its intent to do so and giving him and opportunity to withdraw the petition, consent to its conversion to a § 2255 motion in its current form, or amend it so that it contains all of the § 2255 claims he believes he has." *See* Dkt. No. 9 at 5-6 (citing *Castro v. United States*, 540 U.S. 375, 383 (2003)); and the Court further

**ORDERS** that the Clerk of the Court shall file this Order in both *Wright v. United States*, 9:17-CV-737, and the underlying criminal action, *United States v. Wright*, 1:14-CR-281; and the Court further

**ORDERS** that the Clerk of the Court shall serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: August 29, 2017
Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Judge